United States Bankruptcy Court
Western District of Washington

IN RE:                          Case No. _____

**OneName Corporation**                     Chapter **11**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **787 LLC**<br>Attn: James Voelker<br>9919 S.E. 5th Street<br>Bellevue, WA 98004 | See attached Addendum 1 of the Equity Security Holders in amount and by class | |
| **Aaron Chang**<br>1422 21st Avenue<br>Seattle, WA 98122 | | |
| **Adam D. Rosen**<br>C/O Douglas Rosen<br>P.O. Box 3546<br>Seattle, WA 98124 | | |
| **Aidan Stretch**<br>1948 7th Avenue West<br>Seattle, WA 98119 | | |
| **Alco Investment Company**<br>C/O Brian Lucarelli<br>P.O. Box 3546<br>Seattle, WA 98124 | | |
| **Allen & Kathleen Shoup**<br>The Highlands<br>Seattle, WA 98177 | | |
| **Allen C. Shoup**<br>The Highlands<br>Seattle, WA 98177 | | |
| **Andrew Feinberg**<br>C/O Stephen L. Feinberg, Trustee<br>4855 N. Mesa St., #120<br>El Paso, TX 79912 | | |
| **Andrew L. Baugh**<br>2431 W. 100th Avenue<br>Anchorage, AK 99515 | | |
| **Andrew Pope**<br>4023 162nd Avenue S.E.<br>Bellevue, WA 98006 | | |
| **B&S Investments C/O Bill Bauce**<br>P.O. Box 9240<br>16465 Calle Feliz<br>Rancho Santa Fe, CA 92067 | | |
| **Barbara H. Rosen**<br>C/O Douglas Rosen<br>P.O. Box 3546<br>Seattle, WA 98124 | | |
| **Barry Forman**<br>300 Maiden Lane East<br>Seattle, WA 98112 | | |
| **Bart H. Wilson**<br>3219 Cascadia Avenue South<br>Seattle, WA 98144 | | |

LIST OF EQUITY SECURITY HOLDERS

Ben Chobot
806 N.E. 55th Street
Seattle, WA 98105-3623

Ben P. Dillard III C/O Edward Jones
Sec Regis. Dept.: Attn Michelle Sangste
700 Maryville Centre Drive, 1st Floor
St. Louis, MO 63141-5818

Bradley R. Harris
2131 N.W. 93rd
Seattle, WA 98117

Brown JM Trust
C/O The Bank Of Novia Scotia
888 S.W. 5th Avenue, #750
Portland, OR 97204-2078

Craig E. Tall
1201 3rd Avenue, #1500
Seattle, WA 98101

Daniel G. O'Brien
5630 40th Avenue West
Seattle, WA 98199

David Arnold
8410 N.E. 27th Place
Bellevue, WA 98004

David C. Feinberg
222 Beacon St., Apt. 52
Boston, MA 02116

David Dunning & Company
4225 N.E. 33rd St.
Seattle, WA 98105

David H. Baugh
2431 W. 100th Avenue
Anchorage, AK 99515

David J. Cronk
8118 6th Avenue S.W.
Seattle, WA 98106

Debbie Gold
Mercer Island Group
2737 77th Avenue S.E., #214
Mercer Island, WA 98040

Deborah F. Rosen
C/O Stephen L. Feinberg, Trustee
4855 North Mesa St., #120
El Paso, TX 79912

Donald & Maxine Barnard
As Community Property
9407 N.E. 14th Street
Bellevue, WA 98004

Donald G. Rosen
1822 E. Shelby
Seattle, WA 98112

Dorsar Investment Co.
C/O Stephen L. Feinberg
4855 N. Mesa Street, #120
El Paso, TX 79912

Douglas & Deborah Rosen
C/O Douglas C. Rosen
P.O. Box 3546
Seattle, WA 98124

Douglas C. Rosen
C/O Alco Investment Company
P.O. Box 3546
Seattle, WA 98124

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Drummond S. & Monique V. Reed
12233 Corliss Avenue North
Seattle, WA 98133

Drummond S. Reed
12233 Corliss Avenue North
Seattle, WA 98133

Eagle River Investments, LLC
Attn: Jim Judson/Dennis Weibling
2300 Carillon Point
Kirkland, WA 98033

Elizabeth Rose Phillips
C/O Michael J. Phillips, Custodian
30939 36th Avenue S.W.
Federal Way, WA 98023

Farmer Family Trust
Wayne G. & Merle V. Farmer, Trustees
P.O. Box 1227
Mercer Island, WA 98040

FIS Insurance Services
Attn: Bruce Thiffault
2815 Eastlake Avenue East, #240
Seattle, WA 98102-3007

Frank Coyle
Mercer Island Group
2737 77th Avenue S.E., #214
Mercer Island, WA 98040

Frank Woodruff & Jan Agosti
10611 Maplewood Place S.W.
Seattle, WA 98146

Fred Warnock
6562 153rd Avenue S.E.
Bellevue, WA 98006

Frederick J. Fajardo
520 Lake Street
Huntington Beach, CA 92648

G.M.B. Family Partners
C/O Gary M. Baugh
2431 West 100th
Anchorage, AK 99515

Gardner Urquidi Reed Trust #1
C/O Susan Reed Bloom, Trustee
917 E. Street S.E.
Washington, DC 20003

George Aposporos
2323 Bigelow Ave. North
Seattle, WA 98109

George Chris Kosmos
C/O CSM Pacific
221 1st Avenue West, #415
Seattle, WA 98119

Gordon A. Gardiner
225 36th Avenue East
Seattle, WA 98112

GTA LLC
George Aposporos, Manager
2323 Bigelow Avenue North
Seattle, WA 98109

Heinz Lycklama
17818 Oxford Dr.
Arlington, WA 98223

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Hickel Investment Company, Inc.
C/O Bob Hickel
P.O. Box 101700
Anchorage, AK 99510-1700

Humberto Garcia, Jr.
23955 S.E. 10th Street
Sammamish, WA 98075

James & Sherry Raisbeck Foundation
7536 Seward Park Avenue South
Seattle, WA 98118

James Barry Briggs
7729 40th Avenue N.E.
Seattle, WA 98115

James D. Raisbeck
4411 South Ryan Way
Seattle, WA 98178

James Voelker
9919 S.E. 5th Street
Bellevue, WA 98004

JD, Inc.
Attn: Michael Dickstein
1595 Greenwich Street, #32
San Francisco, CA 94123

Jeff T. Oberlander
6123 S.W. Stevens, #102
Seattle, WA 98116

Jeffrey T. Haux
1023 Cialle De Alcala
Escondido, CA 92025

Joel Diamond
3161 Elliot Avenue
Seattle, WA 98121

John David McAlpin
5615 S.W. Teig Place
Seattle, WA 98116

John W. Jordan
1122 E. Pike St., #692
Seattle, WA 98122

John W. Titcomb, Jr.
629 E Lake Sammamish Shoreline NE
Sammamish, WA 98074-6906

Jonathan D. Rosen
C/O Douglas Rosen
P.O. Box 3546
Seattle, WA 98124

Juan A. Maldonado
4426 147th Place N.E.
Bellevue, WA 98007

Katherine Ann Phillips
30939 36th S.W.
Federal Way, WA 98023

Kathleen Comartin
15908 N.E. 95th Way
Redmond, WA 98052

Kelley A. Price
11508 N.E. 128th St., #15
Kirkland, WA 98034

Kermit & Louise Rosen
2339 Federal Avenue E.
Seattle, WA 98102

Kermit F. Rosen
2339 Federal Avenue E.
Seattle, WA 98102

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

KGF Holdings, LLC
Attn: Kevin G. Fortun
5800 125th Lane N.E.
Kirkland, WA 98033

Kristie Severn
1905 10th Avenue West, #101
Seattle, WA 98119

Lance Hood
17909 N.E. 106th Ct.
Redmond, WA 98052

LaunchSquad
236 Clara St., #4
San Francisco, CA 94123

Laura J. Arnold
C/O David W. Arnold, Trustee
8410 N.E. 27th Place
Bellevue, WA 98004

Lincoln Park Partners
Attn: Richard T. Holm
332 Minnesota Street, #2100
St. Paul, MN 55101-1394

Loren J. West
5717 95th Place S.W.
Mukilteo, WA 98275

Marcus J. LeMaitre
121 Bridgette Place
Leesburg, VA 20176

Margaret B. Vulgaris
P.O. Box 1100
Marion, MA 02738

Mark M. Byron
1 Kimberwick Court
Morristown, NJ 07960

Mark Marquiss
10586 N.W. Lemans Court
Portland, OR 97229

Martzloff Family Trust UTA
C/O Andrew & Melissa Martzloff
241 Wintergreen Lane
Bozeman, MT 59715

Matt Driscoll
Mercer Island Group
2737 77th Avenue S.E., #214
Mercer Island, WA 98040

Max J. Kuney Company
120 N. Ralph Street
Spokane, WA 99202

Mercury Investments LLC
C/O Laurel Management
1 Maratime Plaza #1450
San Francisco, CA 94111

Michael Brown
C/O The Bank Of Novia Scotia
888 S.W. 5th Avenue, #750
Portland, OR 97204-2078

Michael F. Brustkern
1420 5th Avenue, #3625
Seattle, WA 98101

Michael J. And Chantelle Marie Phillips
JTWROS
30939 36th Avenue S.W.
Federal Way, WA 98023

Michael J. Fields
14 Bowen Circle
Sudbury, MA 01776

Michael J. Phillips
30939 36th Avenue S.W.
Federal Way, WA 98023

Michael L. Fortun
14231 209th Avenue N.E.
Woodinville, WA 98072

Michael Terence Phillips
C/O Michael J. Phillips, Custodian
30939 36th Avenue S.W.
Federal Way, WA 98023

Mike Buehler
303 Viewmont Dr.
Yakima, WA 98908

Millicent Bohart
C/O CSM Pacific
221 First Avenue West, #415
Seattle, WA 98119

Montana Villegas Reed Trust #1
C/O Susan Reed Bloom, Trustee
917 E Street S.E.
Washington, DC 20003

Morris & Susan Krabbe
19508 S.E. 24th Place
Sammamish, WA 98075

Morris & Susan Krabbe, JTWROS
19508 S.E. 24th Place
Sammamish, WA 98075

Morris Rosen
Alaskan Copper & Brass
3223 6th Avenue S.
Seattle, WA 98134

N2H2, Inc.
Attn: J. Paul Quinne
900 Fourth Avenue, #3400
Seattle, WA 98164

Nancy S. Heymann
P.O. Box 160746
Big Sky, MT 59716

Natasha & Rudolph Von Imhof, JTWROS
3921 Winchester Loop
Anchorage, AK 99507

Nicholas Louis Duckstein
Jill Yvette Bargones
312 Willow Court North
Bellingham, WA 98225-7859

Nicholas P. Heymann
1582 Long Ridge Road
Stamford, CT 06903

Pamela P. Brady
Brady & Company Inc.
P.O. Box 107502
Anchorage, AK 99510-7502

Patrick Newman
445 Elm Street
Denver, CO 80220

Paul F. Heymann
6007 Shadow Lake Dr.
Toledo, OH 43623

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Perkins Coie LLP
1201 3rd Ave., 40th Floor
Seattle, WA 98101-3099

Peter E. Heymann
1516 East Howe Street
Seattle, WA 98112

Peter Rettman
3700 W. Lawton Street
Seattle, WA 98199

Peter S. Jensen
11007 N.E. 62nd Street
Kirkland, WA 98033

Qxhna W.B. Titcomb Trust
629 E Lake Sammamish Shoreline N.E.
Sammamish, WA 98074-6906

R. Mike Miller
2502 2nd Avenue, #300
Seattle, WA 98121-3435

Reed A. Corry
3316 E. Shore Drive
Seattle, WA 98112

Richard A. White
6788 Woodbay Lane
Poulsbo, WA 98370

Richard C. Redman
P.O. Box 9970
Seattle, WA 98109

Richard Haux, Sr.
8996 Miramar Road, #310
San Diego, CA 92126

Richard J. Camp
226 Warren Acres Rd.
Yakima, WA 98901

Richard J. Camp Trust
226 Warren Acres Rd.
Yakima, WA 98901

Richard Liddy
2265 Croydon Walk
St. Louis, MO 63131

Robert (Bard) Richmond
3019 Perkins Lane
Seattle, WA 98199

Robert Atchinson
9 John Benson Road
Lexington, MA 02173

Robert W. Rosen
3325 Lakewood Avenue S.
Seattle, WA 98144

Rohre W.B. Titcomb Trust
629 E Lake Sammamish Shoreline N.E.
Sammamish, WA 98074-6906

Roland Wheeler
4160 W. Eaglerock
Wenatchee, WA 98801

Ronald E. Fairchild
Jonelle C. Fairchild, JTWROS
3648 Lakeview Blvd.
Lake Oswego, OR 97035

Sally Reed & Donald J. Snyder
2726 101st Way N.E.
Kirkland, WA 98033-7879

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Samuel Sibert
17331 135th Avenue N.E., #B
Woodinville, WA 98072

Sara Kelly
5103 Tonyawatha Trail
Monona, WI 53716

Scott Jacobs Swerland
6203 S.E. 30th Street
Mercer Island, WA 98040

Scott Moody
8008 256th Avenue East
Buckley, WA 98321

Sean B. Boltman
19823 23rd Drive S.E.
Bothell, WA 98012

Sheila Roe
3606 N.W. 60th St.
Seattle, WA 98107

Silverberg Revocable Trust
C/O Lewis & Alice Silverberg
1515 Merritt Dr.
El Cajon, CA 92020-7847

Sonja White
12222 Merit Drive, #1200
Dallas, TX 75251

Staenberg Private Capital, LLC
Attn: Jon Staenberg
2000 First Avenue, #1001
Seattle, WA 98121

Stephen Boehler
Mercer Island Group
2737 77th Avenue S.E. #214
Mercer Island, WA 98040

Stephen C. Kelly
720 Third Avenue, #2015
Seattle, WA 98104-1814

Stephen D. Muehleck
P.O. Box 8196
Yakima, WA 98908

Stephen L. Feinberg
4855 N. Mesa Street, #120
El Paso, TX 79912

Stephen L. Feinberg
C/O Stephen L. Feinberg, Trustee
4855 N. Mesa Street, #120
El Paso, TX 79912

Steve Wilmart
840 Jackson Street
Port Townsend, WA 98368

Steven E. Fortun
14228 209th Avenue N.E.
Woodinville, WA 98072

Steven M. Mushero
2608 2nd Avenue, #215
Seattle, WA 98121

Susan L. Foote
C/O Dorsar Investment Company
4855 N. Mesa St., #120
El Paso, TX 79912-5939

SWD Partners, LP
Stephen L. Feinberg, Partner
4855 N. Mesa Street, #120
El Paso, TX 79912

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Thomas M. Arnold
C/O David W. Arnold, Trustee
8410 N.E. 27th Place
Bellevue, WA 98004

Timothy Firnstahl
3451 West Mercer Way
Mercer Island, WA 98046

Tod M. Whitman
4615 S. Myrtle
Spokane, WA 99223

Todd Barnard
Anderson Chamberlin
1045 Lake Drive, #300
Issaquah, WA 98027

Tranceka, LLC
Joseph L. Schocken, Manager
600 University Street, #2800
Seattle, WA 98101

Valerie Chan
1525 8th Avenue West
Seattle, WA 98119

Vehro W.B. Titcomb Trust
629 E Lake Sammamish Shoreline N.E.
Sammamish, WA 98074-6906

Washington Park Ventures LLC
C/O Doug Bevis
530 Hillside Drive East
Seattle, WA 98112

WBW Trust No. One
William T. Weyerhaeuser, Trustee
P.O. Box 1278
Tacoma, WA 98401-1278

William & Jean Rosen
3208 Cascadia Avenue South
Seattle, WA 98144

William Golding
P.O. Box 1110
Vashon Island, WA 98070

William I. Feinberg
201 Galer Street, Apt. #526
Seattle, WA 98109

William Saltonstall
50 Congress Street, Room 800
Boston, MA 02109

William T. Weyerhaeuser
P.O. Box 1278
Tacoma, WA 98401-1278

XO Communications/XO, Inc.
Attn: Cathryn Lowe
11111 Sunset Hill Road
Reston, VA 20190

Xtehn W.B. Titcomb Trust
629 E Lake Sammamish Shoreline N.E.
Sammamish, WA 98074-6906

Zahlen W.B. Titcomb Trust
629 E Lake Sammamish Shoreline N.E.
Sammamish, WA 98074-6906

OneName Corporation
Shareholder List

| Holder Name | Common Stock | Options Outstanding | Common Warrants | Series E Warrants | Series A | Series B | Series C | Series D | Series E | Total Shares |
|---|---|---|---|---|---|---|---|---|---|---|
| 787, LLC | | | | | | | | 100,000 | | 100,000 |
| Alco Investment Company | | | | | | | | 66,666 | 399,451 | 466,117 |
| Arnold, D. FBO Laura Arnold | 100,000 | | | | | | | | | 100,000 |
| Arnold, D. FBO Thomas Arnold | 100,000 | | | | | | | | | 100,000 |
| Arnold, David W. | 300,000 | | | | | | | | | 300,000 |
| Atchinson, Robert | | | | | 100,000 | | | | | 100,000 |
| B&S Investments, Inc. | | | 700,000 | | 1,200,000 | 346,688 | 231,125 | 737,002 | 792,146 | 4,006,961 |
| Barnard, Donald E. and Maxine E. as Community Property | | | | | | | | 9,000 | 119,835 | 128,835 |
| Barnard, Todd | | | | | | | | | 27,603 | 27,603 |
| Baugh, Andrew L. | | | | | | | | 17,500 | | 17,500 |
| Baugh, David H. | | | | | | | | 17,500 | | 17,500 |
| Boehler, Stephen | | | | | | | | 6,812 | | 6,812 |
| Bohart, Millicent | | | | | | | | 3,333 | | 3,333 |
| Boltman, Sean | 17,188 | | | | | | | | | 17,188 |
| Brady, Pamela P. | | | | | | | | 34,000 | 19,211 | 53,211 |
| Briggs, James Barry | 40,000 | | | | | | | | 19,972 | 59,972 |
| Brown, J.M. Trust | | | | | 30,000 | | 4,000 | 8,540 | | 48,540 |
| Brown, Michael | | | | | 20,000 | | | 3,984 | | 23,984 |
| Brustkern, Michael F. | | | | | | | | 16,666 | | 16,666 |
| Buehler, D. Michael | | | | | | | | | 56,723 | 56,723 |
| Byron, Mark M. | | | | | | | | | 192,201 | 192,201 |
| Camp, Richard J. | | | | | | | | | 37,815 | 37,815 |
| Camp, Richard J. Trust | | | | | | | | 12,500 | | 12,500 |
| Chan, Valerie | | | | | | | | 4,450 | | 4,450 |
| Chang, Aaron | | | | | | | | 771 | | 771 |
| Chobot, Ben | 144 | | | | | | | | | 144 |
| Comartin, Kathleen | | | | | | | | 7,500 | 22,843 | 30,343 |
| Corry, Reed A. | | | | | | | | | 84,906 | 84,906 |
| Coyle, Frank | | | | | | | | 1,450 | | 1,450 |
| Cronk, David J. | | | | | | | | 4,553 | | 4,553 |
| Diamond, Joel R. | | | | | | | | 16,667 | | 16,667 |
| Dorsar Investment Co. | | | | | | | | | 385,835 | 385,835 |
| Driscoll, Matt | | | | | | | | 400 | | 400 |
| Duckstein, Nicholas Louis & Jill Yvette Bargones | 40,000 | | | | | | | | | 40,000 |
| Dunning, David | | | | | | | | | 34,984 | 34,984 |
| Eagle River Investments, LLC | | | | | 500,000 | 144,453 | 96,302 | 230,771 | 1,191,597 | 2,163,123 |
| Fairchild, Ronald E. & Jonelle C., JTWROS | | | | | 300,000 | | | 57,056 | | 357,056 |
| Fajardo, Frederick J. | | | | | 50,000 | | | | | 50,000 |
| Farmer Family Trust, Wayne G. Farmer and Merle V. Farmer, Trustees | | | | | | | | 17,000 | 38,041 | 55,041 |
| Feinberg, David C. | | | | | 3,333 | | | | | 3,333 |

OneName Corporation
Shareholder List

| Holder Name | Common Stock | Options Outstanding | Common Warrants | Series E Warrants | Series A | Series B | Series C | Series D | Series E | Total Shares |
|---|---|---|---|---|---|---|---|---|---|---|
| Feinberg, Stephen L. | | | | | 3,333 | | | | | 3,333 |
| Feinberg, Stephen L. Trustee for Andrew Feinberg FGST | | | | | | | | 11,111 | | 11,111 |
| Feinberg, Stephen L. Trustee for Deborah F. Rosen FGST | | | | | | | | 11,111 | | 11,111 |
| Feinberg, Stephen L. Trustee for Stephen L. Feinberg FGST | | | | | | | | 11,111 | | 11,111 |
| Feinberg, William I. | | | | | 3,333 | | | | | 3,333 |
| Fields, Michael J. | | | | | 75,000 | 9,500 | 6,333 | 22,654 | 64,126 | 177,613 |
| Fimstahl, Timothy | | | | | | | | 16,666 | | 16,666 |
| FIS Insurance Services, Inc. | | | | | | | | 7,000 | | 7,000 |
| Foote, Susan L. | | | | | 2,501 | | | | | 2,501 |
| Forman, Barry | 220,000 | | | | 300,000 | | | | | 520,000 |
| Fortun, Michael L. | | | | | | | | 10,000 | | 10,000 |
| Fortun, Steven E. | | | | | | | | 12,000 | | 12,000 |
| Garcia, Bert | 41,667 | | | | | | | | | 41,667 |
| Gardiner, Gordon A. | | | | | | | | 6,957 | | 6,957 |
| GMB Family Partners | | | | | | | | 10,000 | | 10,000 |
| Gold, Debbie | | | | | | | | 400 | | 400 |
| Golding, William | 20,000 | | | | | | | | | 20,000 |
| GTA LLC | | | | | | | | 25,000 | 785,875 | 810,875 |
| Harris, Bradley R. | | | | | | | | 20,000 | 22,689 | 42,689 |
| Haux, Jeffrey T. | 144,965 | | | | | | | | | 144,965 |
| Haux, Richard Sr. | | | | | | | | 25,000 | 15,978 | 40,978 |
| Heymann, Nancy S. | | | | | 50,000 | | | 25,623 | | 75,623 |
| Heymann, Nicholas P. | | | | | 50,000 | | | | | 50,000 |
| Heymann, Paul F. | | | | | 50,000 | | | | | 50,000 |
| Heymann, Peter E. | 4,660,000 | | | | | | | 310,428 | | 4,970,428 |
| Hickel Investment Company | | | | | | | | 33,334 | 18,835 | 52,169 |
| Hood, Lance | 105,429 | | | | | | | | | 105,429 |
| JD, Inc. | | | | | | | | | 285,230 | 285,230 |
| Jensen, Peter S. | | | | | | | | 480 | | 480 |
| Jones, Edward FBO Ben P. Dillard III | | | | | | | | | 39,945 | 39,945 |
| Jordan, John W. | | | | | | | | 75,000 | 399,451 | 474,451 |
| Kelly, Sara | | | | | | | | | 195,784 | 195,784 |
| Kelly, Stephen C. | | | | | | | | 20,000 | 11,301 | 31,301 |
| KGF Holding, LLC | | | | | | | | 83,334 | 998,628 | 1,081,962 |
| Kosmos, George C. | 1,675,000 | | | | | | | 3,197 | | 1,678,197 |
| Krabbe, Morris A. & Susan F. JTWROS | | | | | | | | 6,000 | | 6,000 |
| Krabbe, Morris and Susan Krabbe | | | | | | | | | 22,824 | 22,824 |
| LaunchSquad | | | | | | | | 5,000 | | 5,000 |
| LeMaitre, Marcus | | 210,000 | | | | | | | | 210,000 |
| Liddy, Richard | | | | | | | | | 97,533 | 97,533 |
| Lincoln Park Partners | | | | | 150,000 | 30,000 | 20,000 | 40,793 | | 240,793 |

OneName Corporation
Shareholder List

| Holder Name | Common Stock | Options Outstanding | Common Warrants | Series E Warrants | Series A | Series B | Series C | Series D | Series E | Total Shares |
|---|---|---|---|---|---|---|---|---|---|---|
| Lycklama, Heinz | 80,000 | | | | | | | | | 80,000 |
| Maldonado, Juan A. | 12,458 | | | | | | | | | 12,458 |
| Marquiss, Mark | | | | | | | | 1,241 | | 1,241 |
| Martzloff Family Trust | | | | | 25,000 | | | 3,370 | | 28,370 |
| Max J. Kuney Company | | | | | | | | 10,000 | | 10,000 |
| McAlpin, John David | 70,286 | | | | | | | | | 70,286 |
| Mercury Investments LLC | | | | | 250,000 | | | 26,964 | | 276,964 |
| Miller, R. Mike | | | | | | | | 10,000 | | 10,000 |
| Moody, Scott | 5,325 | | | | | | | | | 5,325 |
| Muehleck, Steven D. | | | | | | | | | 18,907 | 18,907 |
| Mushero, Steven M. | 400,100 | | | | | | | | | 400,100 |
| N2H2, Inc. | | | | | | | | 1,000,000 | | 1,000,000 |
| Newman, Patrick | | | | | | | | | 35,489 | 35,489 |
| Oberlander, Jeff T. | 4,600 | | | | | | | | | 4,600 |
| O'Brien, Daniel G. | | | | | | | | 55 | | 55 |
| Perkins Coie LLP | | | 250,000 | | | | | | | 250,000 |
| Phillips, Katherine Ann | | | | | | | | | 4,000 | 4,000 |
| Phillips, Michael J. | | | | | | | | 25,000 | | 25,000 |
| Phillips, Michael J. and Chantelle Marie Phillips, JTWROS | | | | | | | | | 15,961 | 15,961 |
| Phillips, Michael J. as Custodian for Elizabeth Rose Phillips under the Washington Uniform Transfers to Minors Act | | | | 840,130 | | | | | 4,000 | 4,000 |
| Phillips, Michael J. as Custodian for Michael Terence Phillips under the Washington Uniform Transfers to Minors Act | | | | 840,130 | | | | | 4,000 | 4,000 |
| Pope, Andrew | | | | | | | | 1,000 | | 1,000 |
| Price, Kelley A. | 4,813 | | | | | | | | | 4,813 |
| Raisbeck, James and Sherry Raisbeck Foundation | | | | | | | | | 1,868,269 | 2,708,399 |
| Raisbeck, James D. | | | | | | | | | 1,868,269 | 2,708,399 |
| Redman, Richard C. | | | | | | | | 20,000 | 11,301 | 31,301 |
| Reed, Drummond S. | 3,298,500 | 609,000 | | | | | | 67,410 | | 3,974,910 |
| Reed, Drummond S. and Monica V. | | | | | | | | 3,315 | | 3,315 |
| Reed, Gardner Urquidi Trust | 50,000 | | | | | | | | | 50,000 |
| Reed, Montana Villegas Trust | 50,000 | | | | | | | | | 50,000 |
| Rettman, Peter | | | | | | | | | 394,332 | 394,332 |
| Richmond, Robert Bard | | | | | | | | | 484,127 | 484,127 |
| Roe, Sheila | 5,000 | 28,000 | | | | | | | | 33,000 |
| Rosen, Morris | | | | | | | | 3,333 | | 3,333 |
| Rosen, Adam D. | | | | | 3,333 | | | | | 3,333 |
| Rosen, Barbara H. | | | | | 3,333 | | | | | 3,333 |
| Rosen, Donald G. | | | | | | | | 3,333 | 59,917 | 63,250 |

OneName Corporation
Shareholder List

| Holder Name | Common Stock | Options Outstanding | Common Warrants | Series E Warrants | Series A | Series B | Series C | Series D | Series E | Total Shares |
|---|---|---|---|---|---|---|---|---|---|---|
| Rosen, Douglas and Deborah Rosen | | | | | 2,501 | | | | 199,725 | 199,725 |
| Rosen, Douglas C. | | | | | 2,501 | | | 28,528 | 192,969 | 223,998 |
| Rosen, Jonathan D. | | | | | 3,333 | | | | | 3,333 |
| Rosen, Kermit and Louise Rosen | | | | | | | | | 79,890 | 79,890 |
| Rosen, Kermit F. | | | | | | | | 10,000 | | 10,000 |
| Rosen, Robert W. | | | | | | | | 10,000 | | 10,000 |
| Rosen, William and Jean Rosen | | | | | | | | | 79,890 | 79,890 |
| Saltonstall, William | | | | | 25,000 | 5,000 | 3,333 | | | 33,333 |
| Severn, Kristie | | | | | | | | 4,873 | | 4,873 |
| Shoup, Allen & Kathleen | | | | | | | | 25,000 | | 25,000 |
| Shoup, Allen C. | | | | | | | | | 294,521 | 294,521 |
| Sibert, Samuel L. | | | | | | | | 10,000 | | 10,000 |
| Silverberg, Lewis and Alice Silverberg as Co-Trustees of the Silverberg Revocable Trust of 1997 | 40,000 | | | | | | | | | 40,000 |
| Snyder, Sally Reed and Donald J. | 50,000 | | | | | | | 67,410 | | 117,410 |
| Staenberg Private Capital, LLC | | | | | | | | 41,667 | | 41,667 |
| Stretch, Aidan | | | | | | | | | 38,000 | 38,000 |
| SWD Partners, LP | | | | | | | | | 385,835 | 385,835 |
| Swerland, Scott Jacobs | | | | | | | | | 154,580 | 154,580 |
| Tall, Craig E. | | | | | | | | | 94,385 | 94,385 |
| Titcomb, John W., Jr. | 105,000 | | | | 13,890 | 6,250 | 4,167 | 20,746 | 199,725 | 349,778 |
| Titcomb, Qxhna W. B. Trust | | | | | 2,222 | | | | | 2,222 |
| Titcomb, Rohre W. B. Trust | | | | | 2,222 | | | | | 2,222 |
| Titcomb, Vehro W. B. Trust | | | | | 2,222 | | | | | 2,222 |
| Titcomb, Xtehn W. B. Trust | | | | | 2,222 | | | | | 2,222 |
| Titcomb, Zahlen W. B. Trust | | | | | 2,222 | | | | | 2,222 |
| Tranceka LLC | | | | | | | | | 538,450 | 538,450 |
| Voelker, James | | | | | | | | 108,821 | | 108,821 |
| von Imhoff, Natasha and Rudolph JTWROS | | | | | | | | 16,667 | | 16,667 |
| Vulgaris, Margaret B. | | | | | 75,000 | | | 10,111 | | 85,111 |
| Warnock, Fred | | | | | | | | 12,000 | | 12,000 |
| Washington Park Ventures LLC | | | | | | | | | 798,902 | 798,902 |
| WBW Trust No. One, William T. Weyerhauser, Trustee | | | | | | | | 110,000 | 599,176 | 709,176 |
| West, Loren J. | 639,381 | | | | | | | | | 639,381 |
| Weyerhaeuser, William T. | | | | | 150,000 | 18,750 | 12,500 | | | 282,894 |
| Wheeler, Roland | | | | | | | | 101,644 | 394,332 | 394,332 |
| White, Richard A. | 92,250 | | | | | | | | | 92,250 |
| White, Sonja | | | | | | | | | 195,886 | 195,886 |
| Whitman, Tod | 8,333 | | | | | | | | | 8,333 |
| Wilmart, Steve | 20,000 | | | | | | | | | 20,000 |
| Wilson, Bart H. | | | | | 25,000 | | | | | 25,000 |
| Woodruff, Frank & Jan Agosti | | | | | 25,000 | | | 14,264 | | 39,264 |

OneName Corporation
Shareholder List

| Holder Name | Common Stock | Options Outstanding | Common Warrants | Series E Warrants | Series A | Series B | Series C | Series D | Series E | Total Shares |
|---|---|---|---|---|---|---|---|---|---|---|
| XO Communications, Inc. | | | | | 1,500,000 | 433,359 | 288,906 | 729,402 | | 2,951,667 |
| TOTALS | 12,400,439 | 847,000 | 950,000 | 1,680,260 | 5,000,000 | 1,000,000 | 666,666 | 4,662,474 | 15,396,200 | 42,603,039 |