Lawrence R. Ream, WSBA #18159
Richard G. Birinyi, WSBA #9212
Bullivant Houser Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
Telephone: (206) 292-8930
Facsimile: (206) 386-5130

Attorneys for Debtor

Hon. Philip H. Brandt
Chapter: 11
Location: Seattle
Hearing Date: January 13, 2005
Hearing Time: 9:30 a.m.
Response Date: January 7, 2005

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In re:

ONENAME CORPORATION,

Debtor.

No.: 03-22581

DEBTOR'S MOTION FOR AUTHORIZATION TO EXTEND THE FINAL BORROWING ORDER AND APPROVE BUDGET

Debtor respectfully moves for authorization to extend for three (3) months the final borrowing order previously entered by the Court on November 10, 2003, to authorize additional post-petition borrowing from various lenders in accordance with the three month Budget attached to the Declaration of Lon Wiese. The borrowing would be made pursuant to the provisions of one or more post-petition promissory notes and on the terms and conditions approved in the Final Borrowing Order. This Motion is based on the Declaration of Lon Wiese and the memorandum of points and authorities in support of Debtor's motion.

1. __Case Commencement__. On September 30, 2003, the Debtor commenced this case by filing a voluntary petition under chapter 11 of title 11, United States Code.

2. __Jurisdiction__. Jurisdiction over the Motion arises under 28 U.S.C. §§ 1334 and 157. The Motion is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (M).

3. __Venue__. Venue of this case and the contested matter initiated by the Motion in the Western District of Washington are appropriate under 28 U.S.C. § 1408.

4. _Request to Authorize Borrowing._ In the Motion, Debtor moves for authorization under 11 U.S.C. § 364(b) and (c) and Federal Rule of Bankruptcy Procedure Rule ("Rule") 4001(c) to extend the borrowing order for the three (3) months and approve the new budget on the same terms and conditions as approved in the Final Borrowing Order. A budget showing the proposed uses of the amounts requested for the new budget is attached to the Declaration of Lon Wiese as Exhibit A.[1]

5. The Debtor's Proposed Plan of Reorganization has been approved by all creditor and equity classes and the only remaining issue is the Debtor's Tax motion currently set for hearing on January 26, 2005.

6. The additional borrowing is necessary to cover the Debtor's operations for December through February while the Debtor completes the Tax Motion and Confirmation of its Consensual Plan of Reorganization. A copy of the Debtor's Notice of Hearing on the Motion to Extend the Final Borrowing Order and Approve Budget is attached hereto as Exhibit A.

7. The terms of the borrowing order are the same as all previous orders.

WHEREFORE, the Debtor respectfully moves the court to extend the final borrowing order and approve the new three month budget of the Debtor.

DATED this 23rd day of December, 2004.

BULLIVANT HOUSER BAILEY PC


By _____/s/ Lawrence R. Ream_____
    Lawrence R. Ream, WSBA #18159
    Richard G. Birinyi, WSBA #9212

Attorneys for Debtor

3427998.1

---

[1] The Budget includes accruals for professional fees which will only be paid as authorized by the Order Establishing Procedures for Interim Payment of Fees and Costs of Professionals entered by the Court on April 2, 2004 or pursuant to fee applications upon notice to creditors.