Lawrence R. Ream, WSBA #18159  
Richard G. Birinyi, WSBA #9212  
Bullivant Houser Bailey PC  
1601 Fifth Avenue, Suite 2300  
Seattle, WA 98101-1618  
Telephone: (206) 292-8930  
Facsimile: (206) 386-5130  

Attorneys for Debtor Onename Corporation

Hon. Philip H. Brandt  
Chapter: 11  
Location: Seattle  
Hearing Date: January 13, 2005  
Hearing Time: 9:30 a.m.  
Response Date: January 7, 2005

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| In re:<br><br>ONENAME CORPORATION,<br><br>Debtor. | No.: 03-22581<br><br>ORDER AUTHORIZING DEBTOR TO ENTER INTO PREMIUM FINANCING AGREEMENT WITH PREMIUM FINANCING SPECIALISTS, INC. |

THIS MATTER came before the Court for hearing on Debtor's Motion Pursuant to 11 U.S.C. § 364(c) for Authority to Enter into Insurance Premium Finance Agreement with Premium Financing Specialists, Inc. (the "Motion"), to which was attached the proposed Premium Finance Agreement (the "Agreement") between the Debtor and Premium Financing Specialists, Inc. ("PFS"). The Court having found that the Debtor is unable to pay for the insurance coverage to which the Agreement pertains in the ordinary course of business under 11 U.S.C. § 364(a) and has been unable, after reasonable effort, to obtain unsecured debt to pay for such coverage under 11 U.S.C. § 364(b), and that PFS proposes to extend financing to the Debtor pursuant to the Agreement in good faith within the meaning of 11 U.S.C. § 364(e), and other good cause appearing therefore, it is thereby

ORDERED that

1. The Motion is granted and the Debtor is hereby authorized to enter into the Agreement, a copy of which is attached to the Motion as Exhibit "A".

Page 1 - ORDER AUTHORIZING DEBTOR TO ENTER INTO PREMIUM FINANCING AGREEMENT WITH PREMIUM FINANCING SPECIALISTS, INC.

**Bullivant|Houser|Bailey PC**  
1601 Fifth Avenue, Suite 2300  
Seattle, WA 98101-1618  
Telephone: (206) 292-8930

2. The Debtor, having already paid PFS the initial down payment in the amount of $16,779.80 pursuant to the Stipulated Order Preliminarily Authorizing the Premium Finance Agreement, is hereby authorized and directed to pay PFS monthly payments of $5,044.68 per month for 9 months as required by the Agreement.

3. The Debtor is hereby authorized and directed to grant to PFS liens and security interests, and such liens and security interests are hereby granted, in (a) the unearned or return premiums and dividends which may become payable under the insurance policies identified in the Agreement, pursuant to 11 U.S.C. § 364(c)(2), and (b) loss payments which reduce the unearned premiums, subject to any loss payee interests, pursuant to 11 U.S.C. § 364(c)(2). (Collectively, the unearned or returned premiums and dividends and the loss payments are referred to hereinafter as the "Collateral".) The liens and security interests of PFS shall at all times be senior to the rights of the estate in this or any subsequent proceeding under the Bankruptcy Code and to the rights of any other person or entity claiming a security interest in the Collateral, except, with respect to any loss payments which reduce the unearned premiums, the rights of any loss payees.

4. PFS' liens and security interests in the Collateral are and for all purposes shall be deemed to be duly perfected, and no notice, filing, recordation or other act in accordance with any applicable local, state, federal or common law statute, rule or regulation shall be necessary to create, perfect or enforce such liens and security interests.

5. The full rights of PFS pursuant to the Agreement and controlling state law are fully preserved and protected and shall remain unimpaired by the pendency of this or any subsequent proceeding under the Bankruptcy Code.

6. In the event that the Debtor defaults upon any of the terms of the Agreement and does not cure such default as and within the time period provided therein, PFS may, without moving for relief from the automatic stay of 11 U.S.C. § 362 and without further order of this Court, exercise such rights as it would have under state law but for the pendency of this

Page 2 - ORDER AUTHORIZING DEBTOR TO ENTER INTO PREMIUM FINANCING AGREEMENT WITH PREMIUM FINANCING SPECIALISTS, INC.

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
Telephone: (206) 292-8930

proceeding, cancel all insurance policies identified in the Agreement or any amendment thereto, and receive and apply to the Debtor's account all unearned or return insurance premiums or dividends, and, subject to the interests of any loss payees, all loss payments which reduce such unearned premiums.

7. In the event that, after such application, any sums still remain due to PFS pursuant to the Agreement, such deficiency shall, pursuant to 11 U.S.C. § 362(c)(1), be deemed an administrative expense of the estate with priority over any and all administrative expenses of the kind specified in 11 U.S.C.§§ 503(b) or 507(b).

DATED this _____ day of January, 2005.

_____
Philip H. Brandt
United States Bankruptcy Court Judge

Presented by:

BULLIVANT HOUSER BAILEY PC


By_____/s/ Lawrence R. Ream_____
Lawrence R. Ream, WSBA #18159
Attorney for Debtor

3427996.1

Page 3 - ORDER AUTHORIZING DEBTOR TO ENTER INTO PREMIUM FINANCING AGREEMENT WITH PREMIUM FINANCING SPECIALISTS, INC.

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
Telephone: (206) 292-8930