Lawrence R. Ream, WSBA #18159
Richard G. Birinyi, WSBA #9212
Bullivant Houser Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930
Facsimile: 206.386.5130

Attorneys for Debtor

Hon. Philip H. Brandt
Chapter: 11
Location: Seattle
Hearing Date: January 13, 2005
Hearing Time: 9:30 a.m.
Response Date: January 7, 2005

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

In re:

ONENAME CORPORATION,

Debtor.

No.: 03-22581

DECLARATION OF NO OPPOSITION RE EXTEND FINAL BORROWING AND APPROVE BUDGET

Lawrence R. Ream declares and states as follows:

1. I am the attorney for OneName Corporation ("Debtor") in the above entitled case.

2. On the 23rd day of December, 2004, my office deposited in the United States Post Office at Seattle, Washington, first class, postage prepaid, Notice of Hearing on Motion to Extend Final Borrowing and Approving Budget.

3. The notice specified that January 7, 2005, was the last day to file and serve objections to the entry of a final order granting the motion.

4. This office received no written objections to the motion.

5. Debtor, therefore, has prepared an Order Granting the Extension of Final Borrowing and Approving Budget for entry.

**Bullivant|Houser|Bailey PC**

1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

6.  Pursuant to the applicable local rule, therefore, we are requesting that the order be entered without a hearing.

DATED this 11th day of January, 2005.

BULLIVANT HOUSER BAILEY PC


By _____/s/ Lawrence R. Ream_____
Lawrence R. Ream, WSBA #18159

Attorneys for Debtor

3430017.1

**Bullivant|Houser|Bailey PC**

1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930