Lawrence R. Ream, WSBA #18159
Richard G. Birinyi, WSBA #9212
Bullivant Houser Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
Telephone: (206) 292-8930
Facsimile: (206) 386-5130

Attorneys for Debtor

Hon. Philip H. Brandt
Chapter: 11
Location: Seattle
Hearing Date: January 13, 2005
Hearing Time: 9:30 a.m.
Response Date: January 7, 2005

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In re:

ONENAME CORPORATION,

Debtor.

No.: 03-22581

ORDER GRANTING DEBTOR'S MOTION TO EXTEND THE FINAL BORROWING ORDER AND APPROVING BUDGET

THIS MATTER having come before the Court on Debtor's Motion for Approval to Extend the Final Borrowing Order and Approve Budget, the Court having reviewed the file and being fully advised, it is now, therefore

ORDERED and ADJUDGED as follows:

1. <u>Approval of Extension of Borrowing Authority</u>. The Debtor's request to extend borrowing under the loan documents between the Debtor and the various lenders ("Lenders"), ("Loan Documents"), is granted and the Loan Documents will continue to govern the Debtor's borrowings. Debtor is authorized and ordered to do all things authorized and required by the Loan Documents; provided, however, that the conversion features of the

Page 1 – ORDER GRANTING DEBTOR'S MOTION TO EXTEND THE
FINAL BORROWING ORDER AND APPROVING BUDGET

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
Telephone: (206) 292-8930

Note and term sheet are not hereby approved and shall be considered and approved or disapproved in connection with confirmation of a plan of reorganization.

2. <u>Priority of Borrowings</u>. Any borrowings by Debtor under the terms of the Notes shall have administrative expense priority pursuant to the provisions of 11 U.S.C. § 364(b) & 503(b)(1) and, pursuant to the provisions of 11 U.S.C. § 364(c) shall be secured by security interests junior to existing security interests in collateral which exists as of the date of filing and by first position security interests in any unencumbered collateral, including, but not limited to any property acquired after the filing date and which is not subject to existing creditor's claims pursuant to the provisions of 11 U.S.C. § 552.

3. <u>Limitation on Rights and Remedies</u>. Notwithstanding the approval of the extension as set forth in ¶ 1, and subject to confirmation of a plan of reorganization, (1) Lenders shall not exercise any remedies with respect to any default under the Loan Documents without entry of a further order of this Court, after appropriate notice and hearing, (2) Debtor's ability to exercise its rights and fulfill its obligations under the provisions of the Bankruptcy Code shall not be limited in any manner, (3) Debtor shall have no authority to incur any present obligation for payment of deferred wages without entry of a further order of this Court, after appropriate notice and hearing, and (4) Debtor shall borrow only the funds necessary to pay or make provision for expenses incurred in the ordinary course, as set forth in the extended budget attached to the Declaration of Lon Wiese, including post-petition accruals for professional fees allowable in connection with the case; provided, however, that the Debtor may seek entry of a further order of this Court authorizing borrowing for extraordinary expenses, after appropriate notice and hearing.

DATED this _____ day of January, 2005.

_____
Honorable Philip H. Brandt
United States Bankruptcy Court Judge

Page 2 – ORDER GRANTING DEBTOR'S MOTION TO EXTEND THE
FINAL BORROWING ORDER AND APPROVING BUDGET

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
Telephone: (206) 292-8930

1  BULLIVANT HOUSER BAILEY PC

2

3  By      /s/ Lawrence R. Ream
   Lawrence R. Ream, WSBA #18159
   Richard G. Birinyi, WSBA #9212
4  Attorneys for Debtor

5

6  3428000.1

Page 3 – ORDER GRANTING DEBTOR'S MOTION TO EXTEND THE
FINAL BORROWING ORDER AND APPROVING BUDGET

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
Telephone: (206) 292-8930