# MONTHLY FINANCIAL REPORT FOR
# CORPORATE OR PARTNERSHIP DEBTOR

| | | | |
|---|---|---|---|
| Case No. | 03-22581-PHB | Report Month/Year | January 2005 |
| Debtor | OneName Corporation | | |

*(Filing stamp: U.S. Bankruptcy Court, FEB 18 2005, FILED, Western District of Washington at Seattle)*

**INSTRUCTIONS:** The debtor's monthly financial report shall include a cover sheet signed by the debtor and all UST forms and supporting documents. Exceptions, if allowed, are noted in the checklist below. Failure to comply with the reporting requirements of Local Bankruptcy Rule 2015-2(a), or the United States Trustee's reporting requirements, is cause for conversion or dismissal of the case.

The debtor has provided the following with this monthly financial report:

| | | Yes | No |
|---|---|---|---|
| **UST-12** | **Comparative Balance Sheet**, or debtor's balance sheet. The debtor's balance sheet, if used, shall include a breakdown of pre- and post-petition liabilities. The breakdown may be provided as a separate attachment to the debtor's balance sheet. | ☒ | ☐ |
| **UST-13** | **Comparative Income Statement**, or debtor's income statement. | ☒ | ☐ |
| **UST-14** | **Summary of Deposits and Disbursements** | ☒ | ☐ |
| **UST-14 Continuation Sheets** | **Statement(s) of Cash Receipts and Disbursements** A Continuation Sheet shall be completed for each bank account or other source of debtor funds and shall include a monthly bank statement and all supporting documents described in the instructions. | ☒ | ☐ |
| **UST-15** | **Statement of Aged Receivables** A detailed accounting of aged receivables shall be provided on, or in an attachment to, UST-15. | ☒ | ☐ |
| **UST-16** | **Statement of Aged Post-Petition Payables** A detailed accounting of aged post-petition payables shall be provided on, or in an attachment to, UST-16. | ☒ | ☐ |
| **UST-17** | **Other Information** When applicable, attach supporting documents such as an escrow statement for the sale of real property or an auctioneer's report for property sold at auction. When changes or renewals of insurance occur, attach a copy of the new certificate of insurance or a copy of the bond. | ☒ | ☐ |

## CONTACT INFORMATION

**Who is the best person to contact if the UST has questions about this report?**

| | |
|---|---|
| **Name** | Lon Wiese |
| **Telephone** | (425) 837-3784 |
| **Email** | ldwiese@comcast.net |

# DEBTOR'S CERTIFICATION

**INSTRUCTIONS:** The debtor, or trustee, if appointed, must answer questions 1 and 2 and sign this financial report where indicated below. Only an officer or director has authority to sign a financial report for a corporate debtor and only a general partner has authority to sign a financial report for a partnership debtor. <u>Debtor's counsel may not sign a financial report for the debtor.</u>

**Question 1** At month end, was the debtor delinquent on any <u>post-petition</u> tax obligation?

Yes ☐   No ☒

If yes, list each delinquent post-petition tax obligation on page 9.

**Question 2** For purposes of calculating the debtor's obligation under 28 U.S.C. 1130(a)(6) to pay a quarterly fee to the United States Trustee, TOTAL DISBURSEMENTS this month from <u>all sources</u> were:

Complete page 6 to calculate TOTAL DISBURSEMENTS and enter the total here.

**$ 70,577.68**

I certify under penalty of perjury that other information contained in this monthly financial report is complete, true, and accurate to the best of my knowledge, information, and belief.

Debtor's signature   _J. R. Win, Exec. V.P._   Date _2/14/05_

## UST-14, SUMMARY OF DEPOSITS & DISBURSEMENTS

**INSTRUCTIONS:** BEFORE COMPLETING THIS PAGE, prepare a UST-14 CONTINUATION SHEET (see next page) for each bank account or other source of the debtor's funds. The deposit and disbursement total from each CONTINUATION SHEET will be used to complete this SUMMARY.

The debtor is responsible for providing an accurate monthly disbursement total for the purpose of calculating its obligation pursuant to 28 U.S.C. ' 1930 (a)(6) to pay statutory fees to the United States Trustee. The disbursement total encompasses all payments made by the bankruptcy estate during the reporting month, whether made directly by the debtor or by another party for the debtor. It includes checks written and cash payments for inventory and equipment purchases, payroll and related taxes and expenses, other operating costs, and debt reduction. It also includes payments made pursuant to joint check arrangements and those resulting from a sale or liquidation of the debtor=s assets. The only transactions normally excluded from the disbursement total are transfers within the same reporting month between multiple debtor accounts.

A fee payment is due within 30 days after the end of each calendar quarter, or on **April 30, July 31, October 31**, and **January 31**, respectively. Since the amount billed is an estimate, the debtor is responsible for paying the correct statutory fee based on its actual disbursements for the calendar quarter, or portion thereof the debtor was in Chapter 11. Failure to pay statutory fees to the United States Trustee is cause for conversion or dismissal of the case. A copy of the statutory fee schedule may be found on the United States Trustee's website located at: **www.usdoj.gov/ust/r18/s_library.htm**

If you have questions computing the disbursement total, contact the Bankruptcy Analyst assigned to your case at (206) 553-2000.

### Summary of Deposits This Month

| | |
|---|---|
| Deposits from UST-14 Continuation Sheet(s) | 53,310.00 |
| Cash receipts not included above (if any) | |
| **TOTAL RECEIPTS** | 53,310.00 |

### Summary of Disbursements This Month

| | |
|---|---|
| Disbursements from UST-14 Continuation Sheet(s) | 70,577.68 |
| Disbursements resulting from asset sales out of the ordinary course (see Page 13, Question 1) | -0- |
| Disbursements made by other parties for the debtor (if any, explain) | -0- |
| **TOTAL DISBURSEMENTS** | **Note: Enter the amount for TOTAL DISBURSEMENTS here and on Page 2.** 70,577.68 |
| **NET CASH FLOW (TOTAL RECEIPTS MINUS TOTAL DISBURSEMENTS)** | (17,267.68) |

At the end of this reporting month, did the debtor have any delinquent statutory fees owing to the United States Trustee?     Yes ☐     No ☒ If "Yes", list each quarter that is delinquent and the amount due.

**(UST-14 CONTINUATION SHEETS, with attachments, should follow this page.)**

## UST-14, CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:**  Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| **Depository (bank) name**<br>**Account number** | Washington Trust Bank<br>Checking Acct.# 1003942364 |

Purpose of this account (select one):
☒ General operating account
☐ General payroll account
☐ Tax deposit account (payroll, sales, gambling, or other taxes)
☐ Other (explain)

| | | |
|---|---|---|
| Beginning cash balance | | 38,163.76 |
| Add:          Transfers in from other estate bank accounts | | -0- |
| Cash receipts deposited to this account | | 3,310.00 |
| Financing or other loaned funds (identify source)<br>***Post-petition secured convertible notes*** | | 50,000.00 |
| Total cash available this month | | 91,473.76 |
| Subtract:     Transfers out to other estate bank accounts | | -0- |
| **Cash disbursements** from this account<br>(total checks written plus cash withdrawals, if any) | | 70,577.68 |
| Adjustments, if any (explain) | | |
| Ending cash balance | | 20,896.08 |

Does this CONTINUATION SHEET include the following supporting documents, as required:          Yes          No

≅     A monthly bank statement (or trust account statement);                                                         ☒
≅     A detailed list of receipts for that account (deposit log or receipts journal);                        ☒
≅     A detailed list of disbursements for that account (check register or disbursement journal);   ☒
        and,
≅     If applicable, a detailed list of funds received and/or disbursed by another party for the        N/A
        debtor.

UST-14 CONTINUATION SHEET, Number _____ of

## UST-14, SUMMARY OF DISBURSEMENTS (contd.)

**Payments on Pre-Petition Unsecured Debt** (requires court approval)

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month on pre-petition unsecured debt?     Yes ☐  No ☒

**If "Yes", list each payment.**

| Payee's name | Nature of payment | Payment date | Payment amount | Date of court approval |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Payments to Attorneys and Other Professionals** (requires court approval)

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to a professional such as an attorney, accountant, realtor, appraiser, auctioneer, business consultant, or other professional person?  Yes ☐  No ☒

**If "Yes", list each payment.**

| Professional's name | Type of work performed | Payment date | Payment amount | Date of court approval |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**Payments to an Officer, Director, Partner, or Other Insider of The Debtor**

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to an officer, director, partner, or other insider of the debtor?
Yes ☒  No ☐

**If "Yes", list each payment.**

| Payee's name | Relationship to debtor | Payment date | Payment amount | Purpose of payment |
|---|---|---|---|---|
| Vincent Caluori | Officer, director | 1/15, 1/31 | 8,333 | Salary |
| Lon Wiese | Officer | 1/15, 1/31 | 6,250 | Salary |
| Drummond Reed | Officer, director | 1/15, 1/31 | 13,750 | Salary |
| | | | | |

**INSTRUCTIONS:** Use the last column to describe the purpose of each payment, such as gross wages or salary, reimbursement for business expenses, loan repayment, advance, draw, bonus, dividend, stock distribution, or other reason for the payment (explain).

## UST-15, STATEMENT OF AGED RECEIVABLES

**INSTRUCTIONS:**  Complete all portions of UST-15, STATEMENT OF AGED RECEIVABLES, unless the debtor asserts the following two statements are true for this reporting month:

1)  At the beginning of the reporting month, the debtor did not have any uncollected receivables from prior months which includes both pre-petition and post-petition accounts receivable; and,

2)  During the reporting month, the debtor did not have any receivables activity, including the accrual of new accounts receivable, or the collection or write-off of accounts receivable from prior months.

Check here ☐ if the debtor asserts that both statements are correct and skip to UST-16, STATEMENT OF POST-PETITION PAYABLES, on the next page.

### Accounts Receivable Aging

| | Balance at month end | Current portion | Past due 31-60 days | Past due 61-90 days | Past due over 90 days | Uncollectible receivables |
|---|---|---|---|---|---|---|
| Pre-petition receivables | 33,779 | | | | 33,779 | |
| Post-petition receivables | -0- | | | | -0- | |
| TOTALS | 33,779 | | | | 33,779 | |

Explain what efforts the debtor made during this reporting month to collect receivables over 60 days past due.

None

Does the debtor have any accounts receivable due from an officer, director, partner, or other insider of the debtor?  No ☒  **If yes, explain.**

### Accounts Receivable Reconciliation

| | |
|---|---|
| Closing balance from prior month | 33,779 |
| New accounts receivable added this month | -0- |
| Subtotal | 33,779 |
| Less accounts receivable collected | -0- |
| Closing balance for current month | 33,779 |

| | Case Number | 03-22581-PHB |
|---|---|---|
| Debtor  OneName Corporation | Report Mo/Yr | January 2005 |

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART A - TAXES

INSTRUCTIONS:   Complete both pages of PART A - TAXES unless the debtor asserts the following statement is true for this reporting month:

At the end of this reporting month, the debtor <u>did not have</u> <u>any unpaid post-petition taxes,</u> which includes both current and delinquent tax obligations.

Check here ☐ if the debtor asserts the statement is correct, and skip to PART B - OTHER PAYABLES on Page 9.

## Reconciliation of Unpaid Post-Petition Taxes

| Type of tax | (1) Unpaid post-petition taxes from prior reporting month | (2) Post-petition taxes accrued this month (new obligations) | (3) Post-petition tax payments made this reporting month | (4) Unpaid post-petition taxes at end of reporting month (Column 1+2-3 = 4) |
|---|---|---|---|---|
| Federal Taxes | | | | |
| Employee withholding taxes | -0- | 6,836 | 6,836 | -0- |
| FICA/Medicare--Employee | -0- | 3,469 | 3,469 | -0- |
| FICA/Medicare--Employer | -0- | 3,469 | 3,469 | -0- |
| Unemployment | -0- | 298 | 56 | 298 |
| State Taxes | | | | |
| Dept. of Revenue | -0- | -0- | -0- | -0- |
| Dept. of Labor & Industries | 288 | 85 | 288 | 85 |
| Empl. Security Dept. | 875 | 2,521 | 875 | 2,521 |
| Other Taxes | | | | |
| Local city/county | -0- | -0- | -0- | -0- |
| Gambling | -0- | -0- | -0- | -0- |
| Personal property | -0- | -0- | -0- | -0- |
| Real property | -0- | -0- | -0- | -0- |
| Other (VA - W/H & Unempl.) | 990 | 361 | 990 | 361 |
| Total Unpaid Post-Petition Taxes  $      3,265 | | | | |

**UST-16, STATEMENT OF POST-PETITION PAYABLES
PART A - TAXES (contd.)**

**Delinquent Tax Reports and Tax Payments (post-petition only)**

| Taxing agency | Tax reporting period | Report due date | Payment due date | Amount due |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | -0- |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Explain the reason for any delinquent tax reports or tax payments:

### UST-16, STATEMENT OF POST-PETITION PAYABLES
### PART B - OTHER PAYABLES

**INSTRUCTIONS:**   Complete both pages of PART B - OTHER PAYABLES unless the debtor asserts that this statement is true for this reporting month:

Except for taxes and professional fees disclosed in PART A and PART C of this report, respectively, the debtor has no other unpaid post-petition payables from the current reporting month, or from any prior reporting months.

Check here ☐ if the debtor asserts the statement is correct, and skip to PART C - ESTIMATED PROFESSIONAL FEES on Page 11.

**Reconciliation of Post-Petition Payables** (excluding taxes and professional fees)

| | |
|---|---|
| Closing balance from prior month | 4,878 |
| New payables added this month | 22,936 |
| Subtotal | 27,814 |
| Less payments made this month | 19,922 |
| Closing balance for this reporting month | $   7,892 |

**Breakdown of Closing Balance by Age**

| | |
|---|---|
| Current portion | 7,892 |
| Past due 1-30 days | |
| Past due 31-60 days | |
| Past due 61-90 days | |
| Past due over 90 days | |
| Total | $   7,892 |

For accounts payable more than 30 days past due, explain why payment has not been made:

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART B - OTHER PAYABLES (contd.)

**INSTRUCTIONS:** List each post-petition payable delinquent more than 30 days. Alternatively, attach the debtor's accounts payable aging report if the report: 1) clearly separates pre-and post-petition accounts payable, and, 2) identifies each delinquent payable by vendor=s name, invoice date, invoice amount, and payment due date.

### Delinquent Post-Petition Payables (excluding taxes and professional fees)

| Vendor name | Invoice date | Invoice amount | Payment due date |
|---|---|---|---|
| **None** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART C - ESTIMATED PROFESSIONAL FEES

**INSTRUCTIONS:** Report only <u>post-petition</u> professional fees and expenses.   To the extent possible, use billing statements to report the actual amounts due.   If billing statements are not available, use the best information available to estimate the fees and costs.

| Type of professional | Amount of retainer (if applicable) | Fees and expenses from prior months | Fees and expenses added this month | Total estimated fees and expenses at month end |
|---|---|---|---|---|
| Debtors counsel | | 435,704 | 32,381 | 468,085 |
| Debtor's accountant | | -0- | -0- | -0- |
| Debtor's other professional | | 140,027 | 5,370 | 145,397 |
| Trustee's counsel | | 12,000 | 500 | 12,500 |
| Creditors' Committee counsel | | 69,651 | -0- | 69,651 |
| Creditors' Committee other professional (explain) | | -0- | -0- | -0- |
| Total estimated post-petition professional fees and costs | | | $ | 695,633 |

## UST-17, OTHER INFORMATION

| INSTRUCTIONS: Answer each question fully and attach additional sheets if necessary to provide a complete response. | Yes | No |
|---|---|---|

**Question 1 - Sale or Abandonment of the Debtor's Assets.** Did the debtor, or another party on behalf of the debtor, sell, transfer, or otherwise dispose of any of the debtor's assets during the reporting month? Include only sales out of the ordinary course. *The debtor must attach an escrow statement for each sale of real property and an auctioneer's report for each auction.*  ☐ Yes  ☒ No

| Asset Description | Date of Court Approval | Method of Disposition | Gross Sales Price | Net Proceeds Received (&Date) | Escrow Statement or Auctioneers Report Attached? |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| | | **Total** | | | |

Any disbursements made from escrow or trust accounts from the proceeds of the above transactions should also be included on the line of UST-14 entitled "Disbursements from sales out of the ordinary course."

**Question 2 - Financing.** During the reporting month, did the debtor receive any funds from an outside funding source?  ☐ Yes  ☒ No

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|
| January 13, 2005 | $ 50,000.00 | Secured Convertible Debt | January 21, 2005 |

Note – The Court has approved a total for maximum borrowing of $ 1,996,500. Borrowing was from existing shareholders and secured creditors. Two of the lenders are also directors of the Corporation.

**Total   $ 50,000.00**

**Question 3 - Insider Loans/Capital Contributions.** During the reporting month, did the debtor receive any funds from an officer, director, partner, or other insider of the debtor?  ☐ Yes  ☒ No

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|
| | | | |

**Total**

| | |
|---|---|
| Case Number | 03-22581-PHB |
| Debtor OneName Corporation | Report Mo/Yr January 2005 |

## UST-17, OTHER INFORMATION

| | Yes | No |
|---|---|---|
| **Question 4 - Insurance and Bond Coverage.** Did the debtor renew, modify, or replace any insurance policies during this reporting month? | ☐ | ☒ |

**Renewals:**

| Provider | New Premium | Is a Copy Attached to this Report? |
|---|---|---|

**Changes:**

| Provider | New Premium | Is a Copy Attached to this Report? |
|---|---|---|

| | Yes | No |
|---|---|---|
| Were any insurance policies canceled or otherwise terminated for any reason during the reporting month? **If yes, explain.** | ☐ | ☒ |
| Were any claims made during this reporting month against the debtor's bond? (Answer "No" if the debtor is not required to have a bond. **If yes, explain.** | ☐ | ☒ |

**Question 5 - Personnel Changes.** Complete the following:

| | Full-time | Part-time |
|---|---|---|
| Number of employees at beginning of month | 4 | 3 |
| Employees added | 0 | 0 |
| Employees resigned/terminated | 0 | 0 |
| Number employees at end of month | 4 | 3 |
| **Gross Monthly Payroll and Taxes** | $ 51,747 | |

**Question 6 - Significant Events.** Explain any significant new developments during the reporting month.

The Company is continuing to recruit registrars for the full-scale launch of I-Names, planned for April 2005. The Company is working with NeuStar on the final draft of the long-term registry agreement for NeuStar's support of this launch. High-caliber commercial registrars are being recruited for the launch.

**Question 7 - Case Progress.** Explain what progress the debtor made during the reporting month toward confirmation of a plan of reorganization.

Official confirmation of the Plan is being held, pending a hearing by Judge Brandt on a potential federal income and payroll tax matter. This hearing was scheduled for January 26, 2005, but has been rescheduled for March 4, 2005, at the request of the U.S. Attorney General.

# OneName Corporation
# Balance Sheet
### As of January 31, 2005

|  | Jan 31, 05 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **CASH (PRE-PETITION)** | |
| WA Trust - Checking (Pre) | 645.33 |
| Total CASH (PRE-PETITION) | 645.33 |
| | |
| **CASH (POST-PETITION)** | |
| WA Trust - Checking (Post) | 20,896.08 |
| Total CASH (POST-PETITION) | 20,896.08 |
| | |
| **Total Checking/Savings** | 21,541.41 |
| | |
| **Other Current Assets** | |
| **OTHER CURR. ASSETS (PRE-PET.)** | |
| Prepaid Legal Retainer | 9,489.13 |
| Reimbursements Receivable | 33,779.30 |
| Employee Notes Rec. (Pre) | 149,849.57 |
| Int. Rec.- Empl. Notes (Pre) | 37,468.34 |
| Deposits - Other | 456.71 |
| Total OTHER CURR. ASSETS (PRE-PET.) | 231,043.05 |
| | |
| **OTHER CURR. ASSETS (POST-PET.)** | |
| Prepaid Expenses (Post) | 16,997.00 |
| Int. Rec.- Empl. Notes (Post) | 20,075.73 |
| Total OTHER CURR. ASSETS (POST-PET.) | 37,072.73 |
| | |
| **Total Other Current Assets** | 268,115.78 |
| | |
| **Total Current Assets** | 289,657.19 |
| | |
| **Fixed Assets** | |
| **FIXED ASSETS (PRE-PETITION)** | |
| Tenant Improvements (Pre) | 33,637.80 |
| Furniture & Fixtures (Pre) | 26,400.27 |
| Office Equipment (Pre) | 8,021.37 |
| Computer Hardware (Pre) | 278,143.60 |
| Software (Pre) | 140,429.74 |
| Total FIXED ASSETS (PRE-PETITION) | 486,632.78 |
| | |
| **ACCUMULATED DEPRECIATION (PRE)** | |
| Accum. Depr.- Ten. Impr. | -33,637.80 |
| Accum. Depr.- Furn. & Fixt. | -23,077.16 |
| Accum. Depr.- Office Equip. | -8,021.37 |
| Accum. Depr.- Cmp. Hdwr. (Pre) | -278,143.60 |
| Accum. Depr.- Software | -140,429.74 |
| Total ACCUMULATED DEPRECIATION (PRE) | -483,309.67 |
| | |
| **FIXED ASSETS (POST-PETITION)** | |
| Computer Hardware (Post) | 3,803.20 |

# OneName Corporation
# Balance Sheet
### As of January 31, 2005

|  | Jan 31, 05 |
|---|---|
| Total FIXED ASSETS (POST-PETITION) | 3,803.20 |
|  |  |
| **Total Fixed Assets** | 7,126.31 |
|  |  |
| **Other Assets** |  |
| OTHER ASSETS (PRE-PETITION) |  |
| Subscription Notes Receivable | 7,320,930.00 |
| Int. Rec.- Subscr. Notes (Pre) | 2,292,956.89 |
| Total OTHER ASSETS (PRE-PETITION) | 9,613,886.89 |
|  |  |
| OTHER ASSETS (POST-PETITION) |  |
| Int. Rec.- Subscr. Notes (Post) | 980,803.93 |
| Total OTHER ASSETS (POST-PETITION) | 980,803.93 |
|  |  |
| **Total Other Assets** | 10,594,690.82 |
|  |  |
| **TOTAL ASSETS** | 10,891,474.32 |
|  |  |
| **LIABILITIES & EQUITY** |  |
| Liabilities |  |
| Current Liabilities |  |
| Accounts Payable |  |
| A/P (POST-PETITION) |  |
| A/P - Prof. Fees  (Post-Pet.) | 234,073.58 |
| A/P - Other (Post-Petition) | 7,892.28 |
| Total A/P (POST-PETITION) | 241,965.86 |
|  |  |
| A/P (PRE-PETITION) |  |
| A/P - Trade (Pre-Petition) | 1,430,980.58 |
| A/P - Reimb. (Pre-Petition) | 32,729.19 |
| Total A/P (PRE-PETITION) | 1,463,709.77 |
|  |  |
| **Total Accounts Payable** | 1,705,675.63 |
|  |  |
| **Other Current Liabilities** |  |
| OTHER LIAB. (POST-PETITION) |  |
| PAYROLL TAXES PAYABLE |  |
| State W/H Payable | 326.00 |
| FUTA Payable | 298.05 |
| SUTA Payable - WA | 2,521.51 |
| SUTA Payable - VA | 34.67 |
| L&I Payable | 84.66 |
| Total PAYROLL TAXES PAYABLE | 3,264.89 |
|  |  |
| Total OTHER LIAB. (POST-PETITION) | 3,264.89 |
|  |  |
| OTHER LIAB. (PRE-PETITION) |  |
| Employee Settlement Allowance | 387,202.51 |
| Provision for Estim. P/R Taxes | 11,475.00 |
| Med./Dental Insur. Payable | 8,000.00 |

# OneName Corporation
# Balance Sheet
### As of January 31, 2005

| | Jan 31, 05 |
|---|---|
| Total OTHER LIAB. (PRE-PETITION) | 406,677.51 |
| | |
| Total Other Current Liabilities | 409,942.40 |
| | |
| Total Current Liabilities | 2,115,618.03 |
| | |
| Long Term Liabilities | |
| NOTES PAYABLE - (PRE-PETITION) | |
| Conv. Notes - Principal (Pre) | 2,327,308.27 |
| Conv. Notes - Accr. Int. (Pre) | 347,009.91 |
| Total NOTES PAYABLE - (PRE-PETITION) | 2,674,318.18 |
| | |
| NOTES PAYABLE (POST-PETITION) | |
| Conv. Notes - Principal (Post) | 1,592,153.75 |
| Conv. Notes - Accr. Int. (Post) | 426,407.94 |
| Total NOTES PAYABLE (POST-PETITION) | 2,018,561.69 |
| | |
| Total Long Term Liabilities | 4,692,879.87 |
| | |
| Total Liabilities | 6,808,497.90 |
| | |
| Equity | |
| Common Stock | 8,466,277.25 |
| PREFERRED STOCK | |
| Preferred Stock - Series A | 4,952,109.00 |
| Preferred Stock - Series B | 1,979,498.00 |
| Preferred Stock - Series C | 1,979,497.00 |
| Preferred Stock - Series D | 11,175,392.76 |
| Preferred Stock - Series E | 4,120,438.82 |
| Total PREFERRED STOCK | 24,206,935.58 |
| | |
| Preferred Stock Issuance Costs | -1,800.00 |
| Retained Earnings | -28,509,813.39 |
| Net Income | -78,623.02 |
| Total Equity | 4,082,976.42 |
| | |
| TOTAL LIABILITIES & EQUITY | 10,891,474.32 |

# OneName Corporation
# Profit & Loss
### January 2005

|  | Jan 05 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     Revenue - Personal Names | 3,226.00 |
|   **Total Income** | 3,226.00 |
| | |
|   **Cost of Goods Sold** | |
|     CGS - Personal Names | 2,979.00 |
|   **Total COGS** | 2,979.00 |
| | |
| **Gross Profit** | 247.00 |
| | |
|   **Expense** | |
|     **PERSONNEL EXPENSES** | |
|       Officers' Salaries | 28,333.34 |
|       Salaries & Wages - Other | 17,006.66 |
|       Payroll Taxes | 6,407.41 |
|       Medical/Dental Insurance | 4,320.56 |
|       Payroll Processing Fees | 19.86 |
|     **Total PERSONNEL EXPENSES** | 56,087.83 |
| | |
|     **OFFICE EXPENSES** | |
|       Office Rent/Storage Fees | 1,029.00 |
|       Office Supplies | 353.57 |
|       Telephone & Long Distance | 1,161.13 |
|       Internet Service/Registr. | 287.34 |
|       Postage & Shipping | 50.49 |
|       Office Expense - Other | 15.84 |
|     **Total OFFICE EXPENSES** | 2,897.37 |
| | |
|     **TRAVEL & ENTERTAINMENT** | |
|       Airfare | 1,094.80 |
|       Lodging | 221.85 |
|       Auto/Taxi/Parking | 227.08 |
|       Bus. Meals/Entertainment | 149.29 |
|     **Total TRAVEL & ENTERTAINMENT** | 1,693.02 |
| | |
|     **INSURANCE & TAXES** | |
|       D & O Insurance | 4,960.68 |
|     **Total INSURANCE & TAXES** | 4,960.68 |
| | |
|     **OTHER EXPENSES** | |
|       Legal | 37,750.66 |
|       Patent Fees | 2,007.00 |
|       Public Relations/Marketing | 3,495.00 |
|       Licenses/Permits/Fees | 500.00 |
|     **Total OTHER EXPENSES** | 43,752.66 |
| | |
|   **Total Expense** | 109,391.56 |
| | |
| **Net Ordinary Income** | -109,144.56 |

# OneName Corporation
## Profit & Loss
### January 2005

|  | Jan 05 |
|---|---|
| **Other Income/Expense** | |
| Other Income | |
| INTEREST INCOME | |
| Interest Inc.- Employee Notes | 1,272.69 |
| Interest Inc.- Stock Loans | 62,177.75 |
| **Total INTEREST INCOME** | 63,450.44 |
| **Total Other Income** | 63,450.44 |
| Other Expense | |
| INTEREST EXPENSE | |
| Interest Exp.- Conv. Notes | 32,928.90 |
| **Total INTEREST EXPENSE** | 32,928.90 |
| **Total Other Expense** | 32,928.90 |
| **Net Other Income** | 30,521.54 |
| **Net Income** | -78,623.02 |

| Type | Date | Num | Name | Amount | Balance |
|------|------|-----|------|-------:|--------:|
| **CASH (POST-PETITION)** | | | | | 38,163.76 |
| **WA Trust - Checking (Post)** | | | | | 38,163.76 |
| Bill Pmt -Check | 01/03/2005 | 1359 | Infinity Internet | -25.00 | 38,138.76 |
| Bill Pmt -Check | 01/03/2005 | 1360 | Issaquah Mini Storage | -39.00 | 38,099.76 |
| Bill Pmt -Check | 01/03/2005 | 1361 | Seattle Real Estate Corp. | -650.00 | 37,449.76 |
| Bill Pmt -Check | 01/03/2005 | 1362 | Temp Store Moving Company | -340.00 | 37,109.76 |
| Bill Pmt -Check | 01/05/2005 | 1363 | Rice, Andy (reimb.) | -520.87 | 36,588.89 |
| Bill Pmt -Check | 01/05/2005 | 1364 | Wiese, Lon (reimb.) | -291.25 | 36,297.64 |
| Bill Pmt -Check | 01/11/2005 | 1365 | Burton, Craig | 0.00 | 36,297.64 |
| Liability Check | 01/13/2005 | 1366 | Virginia Dept. of Taxation | -990.00 | 35,307.64 |
| Liability Check | 01/14/2005 | | QuickBooks Payroll Service | -17,364.67 | 17,942.97 |
| Liability Check | 01/14/2005 | 1367 | WA Dept. of L & I | -288.28 | 17,654.69 |
| Liability Check | 01/14/2005 | 1369 | Washington Employment Security | -875.00 | 16,779.69 |
| Bill Pmt -Check | 01/14/2005 | 1368 | Burton, Craig | -2,500.00 | 14,279.69 |
| Paycheck | 01/15/2005 | Dir Dep | Andrew T. Rice | 0.00 | 14,279.69 |
| Paycheck | 01/15/2005 | Dir Dep | Brian E. Lewis | 0.00 | 14,279.69 |
| Paycheck | 01/15/2005 | Dir Dep | Drummond S. Reed | 0.00 | 14,279.69 |
| Paycheck | 01/15/2005 | Dir Dep | Lon D. Wiese | 0.00 | 14,279.69 |
| Paycheck | 01/15/2005 | Dir Dep | Marcus J. LeMaitre | 0.00 | 14,279.69 |
| Paycheck | 01/15/2005 | Dir Dep | Sean W. Vanderdasson | 0.00 | 14,279.69 |
| Paycheck | 01/15/2005 | Dir Dep | Vincent A. Caluori | 0.00 | 14,279.69 |
| Bill Pmt -Check | 01/18/2005 | 1370 | Neustar, Inc. | -2,979.00 | 11,300.69 |
| General Journal | 01/19/2005 | | Dec. i-names (662) | 3,310.00 | 14,610.69 |
| Liability Check | 01/20/2005 | EFTPS | Internal Revenue Service | -6,886.52 | 7,724.17 |
| General Journal | 01/21/2005 | | Escrow Draw | 50,000.00 | 57,724.17 |
| Bill Pmt -Check | 01/24/2005 | 1371 | U.S. Trustee | -3,750.00 | 53,974.17 |
| Bill Pmt -Check | 01/24/2005 | 1372 | WA Dept. of Revenue | -73.41 | 53,900.76 |
| Bill Pmt -Check | 01/24/2005 | 1373 | Wolf, Greenfield & Sacks, P.C. | -2,007.00 | 51,893.76 |
| Bill Pmt -Check | 01/24/2005 | 1374 | Wiese, Lon (reimb.) | -1,039.31 | 50,854.45 |
| Bill Pmt -Check | 01/24/2005 | 1375 | Lewis, Brian (reimb.) | -475.00 | 50,379.45 |
| Bill Pmt -Check | 01/24/2005 | 1376 | Lewis, Brian Law Offices | -171.66 | 50,207.79 |
| Bill Pmt -Check | 01/24/2005 | 1377 | Brookside Management | -15.84 | 50,191.95 |
| Bill Pmt -Check | 01/24/2005 | 1378 | Premium Financing Specialists | -5,044.68 | 45,147.27 |
| Liability Check | 01/28/2005 | | QuickBooks Payroll Service | -17,364.67 | 27,782.60 |
| Paycheck | 01/31/2005 | Dir Dep | Andrew T. Rice | 0.00 | 27,782.60 |
| Paycheck | 01/31/2005 | Dir Dep | Brian E. Lewis | 0.00 | 27,782.60 |
| Paycheck | 01/31/2005 | Dir Dep | Drummond S. Reed | 0.00 | 27,782.60 |
| Paycheck | 01/31/2005 | Dir Dep | Lon D. Wiese | 0.00 | 27,782.60 |
| Paycheck | 01/31/2005 | Dir Dep | Marcus J. LeMaitre | 0.00 | 27,782.60 |
| Paycheck | 01/31/2005 | Dir Dep | Sean W. Vanderdasson | 0.00 | 27,782.60 |
| Paycheck | 01/31/2005 | Dir Dep | Vincent A. Caluori | 0.00 | 27,782.60 |
| Liability Check | 01/31/2005 | EFTPS | Internal Revenue Service | -6,886.52 | 20,896.08 |
| **Total WA Trust - Checking (Post)** | | | | -17,267.68 | 20,896.08 |
| **Total CASH (POST-PETITION)** | | | | -17,267.68 | 20,896.08 |
| **TOTAL** | | | | -17,267.68 | 20,896.08 |

# Washington Trust Bank
Member FDIC

****************AUTO**3-DIGIT 980
5201 0.9970 AT 0.292  27 1 160
ONENAME CORPORATION
3020 ISSAQUAH PINE LK RD SE # 74
SAMMAMISH WA 98075-7253

Direct Inquiries to:
Priority Service, 1-800-788-4578

Last Statement Date: 12-31-04
This Statement Date: 01-31-05

1003942364          |      17      100

## Summary of Account(s)

Page    1

| Account | Number | Ending Balance |
|---|---|---|
| Corporate Analyzed | 1003942364 | $29,579.94 |

BEST WISHES FOR A HAPPY, HEALTHY 2005!
THANK YOU FOR BANKING WITH WASHINGTON TRUST.

---

**Corporate Analyzed**                          Account No. 1003942364

| | |
|---|---|
| Beginning Balance | $59,316.67 |
| + Deposits/Additions | 53,310.00 |
| - Checks/Subtractions | 83,046.73 |
| - Service Charges | .00 |
| Ending Balance | $29,579.94 |

Checks Posted            * - Gap In Sequence              R - Check has been returned

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1354 | 01-03 | 1,000.00 | 1361 | 01-11 | 650.00 | 1374 | 01-27 | 1,039.31 |
| 1355 | 01-06 | 16,779.80 | 1362 | 01-07 | 340.00 | 1375 | 01-31 | 475.00 |
| 1356 | 01-06 | 1,188.00 | 1363 | 01-06 | 520.87 | 1376* | 01-31 | 171.66 |
| 1357 | 01-03 | 139.34 | 1364* | 01-11 | 291.25 | 1378 | 01-27 | 5,044.68 |
| 1358 | 01-20 | 1,400.44 | 1368* | 01-20 | 2,500.00 | | | |
| 1359* | 01-12 | 25.00 | 1370* | 01-26 | 2,979.00 | | | |

Total Checks =          $34,544.35

Other Transactions

| Date | Description | Subtractions | Additions |
|---|---|---|---|
| 01-14 | ACH Withdrawal<br>Onename Corporat Quickbooks<br>050114 911695148 | 17,364.67 | |
| 01-19 | Deposit | | 3,310.00 |
| 01-20 | ACH Withdrawal<br>IRS Usataxpymt<br>050120 220502012982980 | 6,886.52 | |

Other Transactions (cont.)

| Date | Description | Subtractions | Additions |
|------|-------------|-------------|-----------|
| 01-21 | Wire Tfr Incoming(+) | | 50,000.00 |
| 01-28 | ACH Withdrawal | 17,364.67 | |
| | Onename Corporat Quickbooks | | |
| | 050128 911695148 | | |
| 01-31 | ACH Withdrawal | 6,886.52 | |
| | IRS Usataxpymt | | |
| | 050131 220503148818995 | | |

Detail of your Service Charges shown below:

*** No Service Charges ***