1  Lawrence R. Ream, WSBA #18159
   Bullivant Houser Bailey PC
2  1601 Fifth Avenue, Suite 2300
   Seattle, WA  98101-1618
3  Telephone:    (206) 292-8930
   Facsimile:    (206) 386-5130
4
   Attorneys for Debtor
5

6

7

8

Hon. Philip H. Brandt
Chapter: 11
Location: Seattle
Hearing Date: September 8, 2005
Hearing Time: 9:30 a.m.
Response Date: September 2, 2005

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

9

10  In re:

11  ONENAME CORPORATION,

12              Debtor.

No.: 03-22581

Declaration of No Opposition on Final Fee
Applications for Debtor's Professionals

13      I, Lawrence R. Ream, declare and state as follows:

14      I am an attorney for ONENAME CORPORATION, the Debtor, in the above-entitled

15  case.

16      1)      On the16th day of August 2005, my office deposited the Notices and Motions

17  for an Order Granting Final Fee Applications For Debtor's Professionals more specifically

18  described as a)  Final Fee Application for Bullivant Houser Bailey, PC, Debtor's lead

19  Bankruptcy Counsel; b)  Final Fee Application for Jeffrey Berkowitz and Finnegan

20

21  Henderson Farabow Garrett & Dunner; c)  Final Fee Application for Robert E. Rohde and

22  Rohde & Van Kampen PLLC; d)  Final Fee Application of Steven J. Henry and Wolf,

23  Greenfield & Sacks, PC`; and e)  Final Fee Application of Ater Wynne LLP, as Special

24  Corporate Counsel to Debtor in the United States Post Office at Seattle, Washington, with

25  first class postage prepaid.

26

Page 1 – Declaration of No Opposition on Final Fee
Applications for Debtor's Professionals

**Bullivant|Houser|Bailey PC**

1601 Fifth Avenue, Suite 2300
Seattle, WA  98101-1618
Telephone:    (206) 292-8930

1      2)     The Notice specified that September 2, 2005 was the last day to file and serve

2 written response to the entry of an Order Granting Final Fee Applications of Debtor's

3 Professionals.

4      3)     This office received no written responses to the Final Fee Applications.

5      4)     The Reorganized Debtor has prepared an Order Granting Final Fee

6 Applications For Debtor's Professionals to be entered.

7

8      5)     Pursuant to the Local Bankruptcy Rule 9013-4(f), therefore, we are

9 requesting that this Court enter the Order Granting Final Fee Applications For Debtor's

10 Professionals.

11      DATED this 6th day of September, 2005.

12              BULLIVANT HOUSER BAILEY PC

13

14              By     /s/ Lawrence R. Ream
                Lawrence R. Ream, WSBA #18159

15                 Attorneys for Debtor

16

17 3459961.1

18

19

20

21

22

23

24

25

26

Page 1 – Declaration of No Opposition on Final Fee
Applications for Debtor's Professionals

**Bullivant|Houser|Bailey PC**

1601 Fifth Avenue, Suite 2300
Seattle, WA  98101-1618
Telephone:   (206) 292-8930