| | |
|---|---|
| Lawrence R. Ream, WSBA #18159<br>Richard G. Birinyi, WSBA #9212<br>Bullivant Houser Bailey PC<br>1601 Fifth Avenue, Suite 2300<br>Seattle, Washington 98101-1618<br>Telephone: 206.292.8930<br>Facsimile: 206.386.5130 | Hon. Philip H. Brandt<br>Chapter: 11<br>Location: Seattle<br>Hearing Date: September 8, 2005<br>Hearing Time: 9:30 A.M.<br>Response Date: September 2, 2005 |

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| In re:<br><br>ONENAME CORPORATION,<br><br>Debtor. | No.: 03-22581<br><br>ORDER GRANTING FINAL FEE APPLICATION FOR DEBTOR'S PROFESSIONALS |

THIS MATTER having come on regularly before the above-entitled Court upon the Final Fee Applications for the Debtor's Professionals, including Bullivant Houser Bailey, PC, Debtor's lead Bankruptcy Counsel, Steven J. Henry and Wolf Greenfield & Sacks, P.C., Special Patent Counsels, Jeffrey Berkowitz and Finnegan Henderson Farabow Garrett & Dunner, Independent Patent Counsels, Robert E. Rohde and Rohde & Van Kampen, PLLC as Special Litigation Counsels, and Ater Wynne, LLP as Special Corporate Counsel for allowance and payment of compensation; and the Court having reviewed the Final Fee Applications, the records and files herein, and for good cause appearing; now, therefore, it is

ORDERED that the Final Fee Application of Bullivant Houser Bailey, Counsels to the Reorganized Debtor, praying for an allowance of $182,342.84 for services rendered and reimbursement of costs advanced from December 1, 2004 through July 31, 2005, is hereby allowed. This sum of $182,342.84 shall be paid forthwith by the Debtor. It is further

Page 1 – ORDER GRANTING FINAL FEE APPLICATION FOR DEBTOR'S PROFESSIONALS

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

Case 03-22581-PHB    Doc 363    Filed 09/07/05    Entered 09/07/05 16:07:40    Page 1 of 3

ORDERED that the Reorganized Debtor be authorized to pay all fees and costs incurred by the Bullivant Firm after July 31, 2005 in the ordinary course of its business without further Court Order. It is further

ORDERED that the Final Fee Application of Steven J. Henry and Wolf, Greenfield & Sacks, P.C., Special Patent Counsels to the Reorganized Debtor, praying for an allowance of $2,942.92 for services rendered and reimbursement of costs advanced from January 1, 2005 through July 31, 2005, is hereby allowed. This sum of $2,942.92 shall be paid forthwith by the Debtor. It is further

ORDERED that the Reorganized Debtor be authorized to pay all fees and costs incurred by the Wolf Firm after July 31, 2005 in the ordinary course of its business without further Court Order. It is further

ORDERED that the Final Fee Application of Jeffrey Berkowitz and Finnegan Henderson Farabow Garrett & Dunner, Independent Patent Counsels to the Reorganized Debtor, praying for an allowance of $1,370.77 for services rendered and reimbursement of costs advanced from December 1, 2004 through July 31, 2005, is hereby allowed. This sum of $1,370.77 shall be paid forthwith by the Debtor. It is further

ORDERED that the Reorganized Debtor be authorized to pay all fees and costs incurred by the Finnegan Firm after July 31, 2005 in the ordinary course of its business without further Court Order. It is further

ORDERED that the Final Fee Application of Robert E. Rohde And Rohde & Van Kampen, PLLC, Special Litigation and Insurance Counsels to the Reorganized Debtor, praying for an allowance of $12,524.96 for services rendered and reimbursement of costs advanced from March 23, 2005 through August 11, 2005, is hereby allowed. This sum of $12,524.96 shall be paid forthwith by the Debtor. It is further

Page 2 – ORDER GRANTING FINAL FEE APPLICATION FOR DEBTOR'S PROFESSIONALS

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

Case 03-22581-PHB    Doc 363    Filed 09/07/05    Entered 09/07/05 16:07:40    Page 2 of 3

| | |
|---|---|
| 1 | ORDERED that the Reorganized Debtor be authorized to pay all fees and costs |
| 2 | incurred by the Rohde Firm after August 11, 2005 in the ordinary course of its business |
| 3 | without further Court Order. It is further |
| 4 | ORDERED that the Final Fee Application of Ater Wynne LLP, As Special Corporate |
| 5 | Counsel to the Reorganized Debtor, praying for an allowance of $6,545.00 for services |
| 6 | rendered and reimbursement of costs advanced from April 25, 2005 through August 12, |
| 7 | 2005, is hereby allowed. This sum of $6,545.00 shall be paid forthwith by the Debtor. It is |
| 8 | further |
| 9 | ORDERED that the Reorganized Debtor be authorized to pay all fees and costs |
| 10 | incurred by the Wynne Firm after August 12, 2005 in the ordinary course of its business |
| 11 | without further Court Order. |

Dated this 7th day of September 2005.

*/s/ PHB*

_____
Philip H. Brandt
United States Bankruptcy Judge

Presented by:

BULLIVANT HOUSER BAILEY

By  /s/ Lawrence R. Ream
Lawrence R. Ream, WSBA #18159
Attorneys for Debtor

3460118.1

Page 3 – ORDER GRANTING FINAL FEE APPLICATION FOR DEBTOR'S PROFESSIONALS

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

Case 03-22581-PHB    Doc 363    Filed 09/07/05    Entered 09/07/05 16:07:40    Page 3 of 3